Entered on Docket April 30, 2019

Below is the Order of the Court.



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>LYNNE MICHELLE GADBOW,<br><br>Debtor. | Case No.: 17-44448-MJH<br><br>STRICT COMPLIANCE ORDER ON TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE |

### AGREED ORDER

**THIS MATTER** having been set for hearing before the above Court upon the Trustee's Motion to Dismiss, the Chapter 13 Standing Trustee, Michael G. Malaier, by and through his attorney, Matthew J.P. Johnson, and Debtor, by and through his/her attorney, Ellen Brown, having come to an agreement, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Debtor will resume full plan payments beginning with the May 2019 payment, and she will make each additional payment that becomes due in the six months following entry of this Order.

STRICT COMPLIANCE ORDER ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 13 CASE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

2. If Debtor fails to comply with the terms of this Order, the Trustee will mail to the Debtor and to the Debtor's attorney a notice of failure to comply, identifying the default under the terms of this order. Should the Debtor fail to remedy the default identified in the notice within fifteen (15) days of the mailing date of such notice, the Trustee may submit an *ex parte* order of dismissal to the Court and the Court may dismiss this case without further notice or hearing.

3. The Trustee is required to send notice of default to the Debtor, as noted above, no more than one time. Upon the second default under the terms of this order, the Trustee may submit an *ex parte* order of dismissal to the Court and the Court may dismiss this case without further notice or hearing;

4. This Strict Compliance order resolves the Trustee's Motion to Dismiss originally set for hearing on April 25, 2019.

///End of Order///

Presented by/Stipulated to:

*/s/ Matthew J.P. Johnson*

Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

Stipulated to/Notice of Presentment waived by:

*/s/ Ellen Brown*

Ellen Brown, WSBA #27992
Attorney for Debtor

STRICT COMPLIANCE ORDER ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 13 CASE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600